IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> EQUITY RESIDENTIAL, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06-cv-01060-CCB |

### ORDER SEALING PORTIONS OF THE COURT RECORD
(**Local Rule 105.11**)

Whereas, the Court has entered the parties' Stipulated Order Regarding Confidentiality of Discovery Material (the "Protective Order");

Whereas the Protective Order ¶ 2 requires that, "[t]o the extent that any materials subject to this Order . . . are proposed to be filed or are filed with the Court, those materials and papers, or any portion thereof which discloses confidential information, shall be filed under seal (by the filing Party) with the Clerk of the Court";

Whereas, Defendants have filed an Interim Sealing Motion because they have identified the following portions of the Appendix to Defendants' Memorandum In Support Of Cross Motion For Partial Summary Judgment As To Plaintiff's Nine Properties as subject to the Protective Order because Plaintiff has designated those portions as Confidential: Appendix Tab F, Deposition of Rebecca Crootof, pp. 227-229; and Appendix Tab H, ERC's 2005/2004 Financial Statement, pp. ERC-02346-57 (collectively, the "Sealed Record");

Whereas, the Court has considered Defendants' Interim Sealing Motion and any opposition thereto;

Whereas, the Court has not ruled on Defendants' Interim Sealing Motion for at least 14 days after it was entered on the public Court docket to permit the filing of objections by interested parties;

Whereas, the Court has considered any objections by interested parties, pursuant to L.R. 105.11;

Whereas, the Plaintiff has designated the Sealed Record Confidential, thereby indicating that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that alternatives to sealing would not provide sufficient protection;

Whereas, the Court finds and holds that sealing of a portion and/or portions of the record, specified herein, is appropriate;

Accordingly, it is this ___ day of _____, 2010, by the United States District Court for the District of Maryland, ORDERED:

1. That the Sealed Record (as defined above) be, and hereby is, PLACED UNDER SEAL by the Clerk of the Court and that the Sealed Record shall be placed in an envelope or other container which is marked "SEALED, SUBJECT TO ORDER OF COURT DATED _____."

2. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof, and shall be docketed in the Court file.

The Honorable Catherine C. Blake  
United States District Judge