IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| THE EQUAL RIGHTS CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-01060-AMD |
| EQUITY RESIDENTIAL, *et al.*, | ) ) | Judge Catherine Blake |
| Defendants. | ) ) ) | |

## **PLAINTIFF'S INTERIM SEALING MOTION**

Plaintiff The Equal Rights Center ("ERC"), by its counsel, respectfully moves this Court for an Order, substantively similar to the proposed Order attached hereto as Exhibit A, permitting the filing of the Plaintiff's Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment on Liability as to Twelve Properties to be filed under seal. The ERC makes this request pursuant to L.R. 104.13(c) and 105.11 and pursuant to this Court's Stipulated Order Regarding Confidentiality of Discovery Material (Local Rule 104.13) dated October 10, 2007.

Date: April 19, 2010

Respectfully submitted,

_____/s/ Andrew S. Wein_____
*One of the attorneys for Plaintiff*
John E. Heintz (*pro hac vice*)
Andrew S. Wein (*pro hac vice*)
Justin F. Lavella (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Tel: (202) 342-8400

Fax: (202) 342-8451
jheintz@kelleydrye.com
awein@kelleydrye.com
jlavella@kelleydrye.com

Robert Bruskin (*pro hac vice*)
Mary J. Hahn (bar #17468)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle
Suite 400
Washington D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010
Robert_Brustkin@washlaw.org
Isabelle_Thabault@washlaw.org

Joseph M. Sellers (Bar No. 06284)
Matthew K. Handley (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)
jsellers@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2010, I caused a true and correct copy of the foregoing to be served via the ECF filing system on the following counsel of record:

Craig M. White
Beth L. Fancsali
Tracy Hannan
WILDMAN, HARROLD, ALLEN
 & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229

Charles O. Monk, II
Edward J. Baines
Jason M. St. John
SAUL EWING LLP
Lockwood Place, 8th floor
500 E. Pratt Street
Baltimore, MD 21202

/s/
Andrew S. Wein