# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| THE EQUAL RIGHTS CENTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:06-cv-01060-AMD |
|  | ) | Judge Catherine Blake |
| EQUITY RESIDENTIAL, *et al.*, | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the Interim Sealing Motion of The Equal Rights Center ("ERC"), pursuant to L.R. 104.13(c) and 105.11 and this Court's Stipulated Order Regarding Confidentiality of Discovery Material (Local Rule 104.13) dated October 10, 2007; and the Court having determined that the Interim Sealing Motion establishes just cause for the relief granted herein, it is hereby:

ORDERED that the ERC's Interim Sealing Motion is granted;

The Clerk is directed to send a copy of this Order to all counsel of record.

**Date: _____, 2010**   _____
**Hon. Catherine Blake, U.S.D.J.**

**End of Order.**

Counsel of Record:

John E. Heintz (*pro hac vice*)
Andrew S. Wein (*pro hac vice*)
Justin F. Lavella (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400

3050 K Street, NW
Washington, DC 20007
Tel:   (202) 342-8400
Fax:  (202) 342-8451
jheintz@kelleydrye.com
awein@kelleydrye.com
jlavella@kelleydrye.com

Robert Bruskin (*pro hac vice*)
Mary J. Hahn (bar #17468)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle
Suite 400
Washington D.C. 20036
Tel:  (202) 319-1000
Fax:  (202) 319-1010
Robert_Brustkin@washlaw.org
Isabelle_Thabault@washlaw.org

Joseph M. Sellers (Bar No. 06284)
Matthew K. Handley (*pro hac vice*)
Peter Romer-Friedman (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)
jsellers@cohenmilstein.com
*Attorneys for The Equal Rights Center*

Craig M. White
Beth L. Fancsali
Tracy Hannan
WILDMAN, HARROLD, ALLEN
  & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229

Charles O. Monk, II
Edward J. Baines
Jason M. St. John
SAUL EWING LLP

Lockwood Place, 8th floor
500 E. Pratt Street
Baltimore, MD 21202
*Attorneys for Equity Residential and*
*EQR Operating Limited Partnership*