**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUITY RESIDENTIAL, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-01060-CCB |

**CERTIFICATE OF SERVICE**

I certify that I served upon opposing counsel via electronic mail copies of the documents filed under seal at Tabs F and H in the Appendix to Defendants' Cross Motion for Partial Summary Judgment as to Plaintiff's Nine Designated Properties.


April 19, 2010                                  Beth L. Fancsali


Charles O. Monk, II (Fed. Bar #00913)
Edward J. Baines (Fed. Bar #06776)
Saul Ewing LLP
Lockwood Place, 8th Floor
500 East Pratt Street
Baltimore, MD  21202
Telephone:  (410) 332-8600
Facsimile:  (410) 332-8862
cmonk@saul.com
ebaines@saul.com
dfriedman@saul.com

Craig M. White (*pro hac vice*)
Beth L. Fancsali (*pro hac vice*)
Tracy A. Hannan (*pro hac vice*)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL  60606-1229
Telephone:  (312) 201-2000
Facsimile:   (312) 201-2555
white@wildman.com
fancsali@wildman.com
hannan@wildman.com