IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | ) | |
| THE EQUAL RIGHTS CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-01060-CCB |
| | ) | |
| EQUITY RESIDENTIAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND DEADLINES REGARDING REPLIES ON
MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO SET BRIEFING
SCHEDULE FOR CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT**

The Parties jointly move and stipulate to extend each of the remaining deadlines on the

pending Motions for Partial Summary Judgment and to set a briefing schedule on Defendants'

Cross Motion for Summary Judgment.   The Parties state in support as follows:

1.      Plaintiff filed a motion for partial summary judgment as to nine designated

properties.  Defendants filed a motion for partial summary judgments as to twelve other

designated properties (the "Motions").  In accordance with the Court's previous scheduling

orders, the Parties filed their respective responses to the Motions, along with supporting

materials, on April 19, 2010.  In addition, on April 19, 2010, the Defendants filed their Cross

Motion for Summary Judgment as to the Plaintiff's Nine Designated Properties (the "Cross

Motion").

2.      The current schedule sets June 9, 2010 as the end of the discovery period relating

to replies on the Motions and June 16, 2010 as the deadline for the parties to file their replies on

the respective Motions.  The current schedule will not provide the Parties with adequate time to

conduct discovery and file their replies, nor does the current schedule provide for a briefing

schedule and discovery related to the Cross Motion.  The Parties, therefore, stipulate and request

an extension of the original deadlines and creation of a schedule for the Cross Motion.

3.      Accordingly, the Parties agree to the following revised schedule to govern the

Motions and Cross Motion:

| | |
|---|---|
| End of discovery period needed to reply to the Motions and to respond to the Cross Motion | August 20, 2010 |
| Parties file their reply briefs regarding the Motions and response to Cross Motion | September 14, 2010 |
| End of discovery period needed to reply on Cross Motion | October 29, 2010 |
| Defendants file reply on Cross Motion | November 19, 2010 |

WHEREFORE, the Parties respectfully request that the Court enter the scheduling order

as indicated above.

Dated:  April 30, 2010                               Respectfully submitted,


By:    /s/ Matthew K. Handley_____
Joseph M. Sellers, Esq. (Bar No. 06284)
Matthew K. Handley, Esq. (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, N.W., Suite 500
West Tower
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)

John E. Heintz, Esq. (*pro hac vice*)
Andrew. S. Wein, Esq. (*pro hac vice*)
Justin A. Lavella, Esq. (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
(202) 342-8400
(203) 342-8451 (fax)

3

Isabelle M. Thabault (Bar No. 16600)
Mary J. Hahn, Esq. (Bar No.17468)
Robert M. Bruskin, Esq. (*pro hac vice*)
WASHINGTON LAWYERS COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
(202)319-1000
(202)319-1010 (fax)

**Attorneys for Plaintiff
the Equal Rights Center**


By: __/s/ Beth L. Fancsali_____
Craig M. White (*pro hac vice*)
Beth L. Fancsali *(pro hac vice)*
Tracy A. Hannan *(pro hac vice)*
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL  60606-1229
Tel:  (312) 201-2000
 Fax:  (312) 201-2555

Charles O. Monk, II (Bar No. 00913)
SAUL EWING LLP
Lockwood Place, 500 East Pratt Street
Baltimore, MD  21202
Tel:  (410) 332-8600
Fax:  (410) 332-8870

 **Attorneys for Defendants Equity Residential
and ERP Operating Limited Partnership**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that a copy of the foregoing **JOINT MOTION TO EXTEND DEADLINES REGARDING REPLIES ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO SET BRIEFING SCHEDULE FOR CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT** was served via the CM/ECF electronic filing system on this  30th day of April, 2010, and thereby served upon counsel for all parties.


By:   ____/s/ Beth L. Fancsali_____
          One of the Attorneys for Defendants