IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE EQUAL RIGHTS CENTER         :

    v.                         :        CIVIL NO. CCB-06-1060

EQUITY RESIDENTIAL, ET AL.       :

….ooo0ooo….

## ORDER

Counsel have requested substantial additional time for discovery and briefing in connection with the partial motions for summary judgment (docket entry no. 106 and 108) and the cross-motion for partial summary judgment (docket entry no. 121).  The request is reasonable, but will necessarily delay resolution of motions that appear pending on the court's docket.  Accordingly, for administrative purposes, the motions are **Denied without prejudice**.  They will be automatically renewed by the filing of the defendants' reply brief on November 19, 2010, when all motions will be ripe for consideration.

**SO ORDERED** this 27th day of May, 2010.

                                   /s/
                          Catherine C. Blake
                          United States District  Judge