IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUITY RESIDENTIAL, *et al*., )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-01060-CCB |

## PLAINTIFF'S INTERIM SEALING MOTION

Plaintiff The Equal Rights Center ("ERC"), by its counsel, respectfully moves this Court for an Order, substantively similar to the proposed Order attached hereto as Exhibit A, permitting the filing of the Plaintiff's Revised Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment on Liability as to Twelve Properties to be filed under seal. The ERC makes this request pursuant to L.R. 104.13(c) and 105.11 and pursuant to this Court's Stipulated Order Regarding Confidentiality of Discovery Material (Local Rule 104.13) dated October 10, 2007.

Dated: October 8, 2014

      /s/ *Joseph M. Sellers*
Joseph M. Sellers (Bar No. 06284)
Peter Romer-Friedman (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)
jsellers@cohenmilstein.com

John E. Heintz (*pro hac vice*)
Erin L. Webb (Bar No. 15731)
DICKSTEIN SHAPIRO LLP
1825 Eye St. NW
Washington, DC 20006
(202) 420-2200
(202) 420-2201 (fax)
heintzj@dicksteinshapiro.com
webbe@dicksteinshapiro.com


Matthew K. Handley (Bar No. 18636)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS
11 Dupont Circle NW
Suite 400
Washington D.C. 20036
Tel:  (202) 319-1000
Fax:  (202) 319-1010
matthew_handley@washlaw.org

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, I caused a true and correct copy of the foregoing to be served via the ECF filing system on all counsel of record, and that I have served opposing counsel via electronic mail copies of the documents filed under seal in Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment on Liability as to Twelve Properties.

                                          */s/ Joseph M. Sellers*
                                   Joseph M. Sellers (Bar No. 06284)
                                   Peter Romer-Friedman (*pro hac vice*)
                                   COHEN MILSTEIN SELLERS &
                                   TOLL, PLLC
                                   1100 New York Avenue, NW
                                   Suite 500
                                   Washington, DC 20005
                                   (202) 408-4600
                                   (202) 408-4699 (fax)
                                   jsellers@cohenmilstein.com