IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUITY RESIDENTIAL, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-01060-CCB |

## ~~PROPOSED~~ ORDER

**THIS MATTER**, having been brought before the Court by way of the Unopposed Motion of Plaintiff The Equal Rights Center ("ERC") to File a Reply Brief Which Will Exceed 25 Pages, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**. The Clerk of the Court is hereby directed to accept a reply brief from the ERC that is up to 35 pages in length, on November 13, 2014, in further support of the ERC's motion for partial summary judgment.

**SO ORDERED.**

Dated: 11/4, 2014.

_____
Judge Catherine C. Blake
HONORABLE UNITED STATES DISTRICT JUDGE