IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01060-CCB |
| ) | |
| EQUITY RESIDENTIAL, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER WITHDRAWING
PLAINTIFF THE EQUAL RIGHTS CENTER'S
MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

Upon notice filed by the Plaintiff, The Equal Rights Center (the "ERC"), seeking the withdrawal of its November 13, 2014 Motion for Sanctions for Spoliation of Evidence (the "Motion") against Defendants Equity Residential and ERP-Op (collectively "Equity"), and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Clerk is directed to withdraw the Motion from the docket in this action and to perform any other necessary administrative tasks relating to the Motion's withdrawal.

Dated: _____, 2014.

_____
Catherine C. Blake
HONORABLE UNITED STATES DISTRICT JUDGE